

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| A.S. HORNER, INC., | § | No. 08-18-00044-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| RAFAEL NAVARRETTE, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015DCV3144) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's order denying Appellant's motion for summary judgment. We therefore reverse the trial court's order denying Appellant's motion for summary judgment and render judgment dismissing Appellee's claims against Appellant.

We further order that Appellant recover from Appellee the appellate costs incurred by Appellant, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2021.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, J., and McClure, C.J. (Senior Judge)
Rodriguez, C.J., dissenting
McClure, C.J. (Senior Judge), sitting by assignment